UNITED STATES of America,
Plaintiff–Appellee,

v.

Trent Joseph SIMON, Defendant–
Appellant.

No. 05–31146

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 19, 2006.

Camille Ann Domingue, Brett L. Grayson, Assistant U.S. Attorneys, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Joseph R. Streva, Jr., Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before SMITH, WEINER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Trent Joseph Simon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Simon's response shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.